

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIFFNI DENISE PHILLIPS,<br><br>Defendant. | Case No. 16-CR-0113-MWF<br><br>ORDER OF DETENTION AFTER HEARING (18 U.S.C. § 3148(b): Allegations of Violation of Pretrial Conditions of Release) |

On motion of the Government involving an alleged violation of conditions of pretrial release, and a warrant for arrest,

The Court finds there is:

☒ clear and convincing evidence that the defendant has violated a condition of release;

☒ Based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community.

1    IT IS THEREFORE ORDERED that the defendant be detained pending
2 trial.

3
4 Dated: 04/14/2016            _____
                                HON. ROZELLA A. OLIVER
5                               UNITED STATES MAGISTRATE JUDGE